ROBERT A. CHAPMAN, Respondent, v. WILLIAM K. DICK, Appellant, Impleaded with ROBERT CHAPMAN COMPANY, Defendant.— Judgment

unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.